LOUIS SUTTELL, Plaintiff, v. WILLIAM SPERLING, Defendant.— Appeal dismissed, without costs, upon stipulation filed.

ALLEN O'REILLY, an Infant, by Guardian ad Litem, Respondent, v. MAX CORNBLUM, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

CATHERINE O'NEIL, Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

AGNES CONROY (Amended to Read AGNES RYAN), Appellant, v. EDWARD H. BAKER, Respondent.— Motion granted and appeal dismissed.

JOHN DAROWCZ, Appellant, v. TALMADGE BLASS and Another, Respondents.— Motion granted and appeal dismissed.

AUSTIN P. HENRY, Respondent, v. ROSSVILLE COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by August fifteenth.

EVERETT L. BAKER, Respondent, v. JAMES D. HARRIS, Appellant.— Motion granted and appeal dismissed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS H. LARKIN, Appellant.— Motion for stay pending appeal denied.

CECILE AIGNER, Respondent, v. ROBERT AIGNER, Appellant.— Stay pending appeal granted, upon condition that defendant pay to plaintiff alimony as directed from date of this order, and in addition the $100 counsel fee.

In the Matter of the Estate of MARTIN L. FENTON, Deceased.— Motion granted and appeal dismissed.

PERSIS A. CASH, Respondent, v. VILLAGE OF FRANKLINVILLE and Others, Appellants.— Motion to dismiss appeal granted unless appellants shall file and serve printed papers on appeal by August fifteenth.

JAMES ERRINGTON and Others, Respondents, v. ALICE ALDRICH and Others, Appellants.— Motion to dismiss appeal granted unless appellants shall file and serve printed papers on appeal by August fifteenth.

LEONA MILLER, an Infant, etc., Respondent, v. CHRISTINE COLLINS, Appellant.— Motion to dismiss appeal granted unless appellant shall file and serve printed briefs on appeal by August first.

FRANK WANAMAKER, Appellant, v. BERT F. SCHULTZ and Others, Respondents. — Motion to dismiss appeal granted unless appellant shall file and serve printed paper on appeal by August fifteenth.

EDNA K. HALL, Appellant, v. CAROLL M. HALL, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers on appeal by August first and briefs by August fifteenth.

SAGINAW MEDICINE COMPANY, Respondent, v. HARVEY STOLTZ and Others, Appellants.— Motion to dismiss appeal granted, unless appellants shall file and serve printed papers on appeal by August fourth and briefs by August eighteenth.

AMELIA SADEK, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers on appeal by August fifteenth.

STANLEY SADEK, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers on appeal by August fifteenth.